UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:12-cv-00314-MOC-DLH

| | | |
|---|---|---|
| **WILLIAM DONALD BEACH JR.,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | **JUDGMENT** |
| **CAROLYN W. COLVIN,** | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant. Having considered defendant's unopposed motion and reviewed the pleadings, the court enters the following Judgment.

**JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that defendant's unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (#15) is **GRANTED**, and **JUDGMENT** is entered **REVERSING** the final decision of the Commissioner and **REMANDING** the cause to the Commissioner for further proceedings not inconsistent with those outlined in the instant Motion and this Judgment, all pursuant to sentence four of 42 U.S.C. § 405(g).

Signed: June 24, 2013

Max O. Cogburn Jr.
United States District Judge