UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:12-cv-00314-MOC-DLH

| | |
|---|---|
| WILLIAM DONALD BEACH JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the joint Motion for Attorneys Fees Under the Equal Access to Justice Act. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on the joint Motion for Attorneys Fees Under the Equal Access to Justice Act (#17) is **ALLOWED,** and pursuant to 28 U.S.C. § 2412(d) a fee of $4,066.00 is reasonable and appropriate, payable to plaintiff by the Social Security Admisnitration, subject to offset, if any, through the Treasury Department's Offset Program to satisfy any pre-existing debt plaintiff may owe to the government.

1

Signed: August 19, 2013

Max O. Cogburn Jr.
United States District Judge